William Sean FRENCH, Plaintiff–Relator Below, Appellant,

v.

RUTH'S HOSPITALITY GROUP, INC., Defendant Below, Appellee.

No. 205, 2017

Supreme Court of Delaware.

Submitted: May 19, 2017

Decided: May 23, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N13C–06–289

REFUSED.

---

Datwan LUM, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 462, 2016

Supreme Court of Delaware.

Submitted: April 12, 2017

Decided: June 20, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 1408022157A, 1408022157B

GRANTED. AFFIRMED.